IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| BEATRICE HUDSON, | ) | |
| | ) | 8:05CV384 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **REASSIGNMENT ORDER** |
| | ) | |
| EARNEST ARDALE ALICK, et al., | ) | |
| | ) | |
| Defendants. | ) | |

A Consent to Exercise of Jurisdiction by United States Magistrate Judge has not been filed.  Accordingly,

IT IS ORDERED that this case is reassigned to District Judge Richard G. Kopf for disposition and to Magistrate Judge F.A. Gossett pro se docket for judicial supervision and processing of all pretrial matters.

DATED this 21st day of September, 2005.

BY THE COURT:

s/ Joseph F. Bataillon, Chief Judge
United States District Court